UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond Division

| | | |
|---|---|---|
| THOR INDUSTRIES, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:17-cv-420-JVB-APR |
| | ) | |
| THE RV FACTORY, LLC, | ) | |
|     Defendant. | ) | |
| | ) | JURY TRIAL DEMAND |
| | ) | |

### NOTICE OF SETTLEMENT

Defendant, The RV Factory, by counsel and with the agreement of counsel for Plaintiff, respectfully notifies the Court that a settlement of the dispute between the plaintiff and defendant has been reached. The parties anticipate filing the appropriate dismissal paperwork within the next 30 days.

Dated: January 9, 2018.

Respectfully submitted,

/s/Charles P. Rice
Charles P. Rice (14640-71)
Murphy Rice, LLP
400 Plaza Building
210 South Michigan Street
South Bend, IN  46601
Telephone:  (574) 232-0300
Email:  crice@murphyrice.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2018, I filed the foregoing Notice of Settlement electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan M. Fountain (Attorney No 8544-71)
420 Lincoln Way West
Mishawaka, Indiana 46544

/s/Charles P. Rice
Charles P. Rice (14640-71)