# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

THOR INDUSTRIES, INC.,
    Plaintiff,

CASE NO.: 2:17-CV-420

THE RV FACTORY, LLC,
    Defendant.

## JOINT MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties each request that the Court dismiss the above-referenced lawsuit with prejudice, each party to bear its own costs and fees. A proposed form of Order is forwarded to chambers concurrently herewith.

Date: January 30, 2018                                                                Respectfully submitted,

s/Ryan M. Fountain                                                       s/ Charles P. Rice

| | |
|---|---|
| Ryan M. Fountain (8544-71) | Charles P. Rice (14640-71) |
| RyanFountain@aol.com | CRice@MurphyRice.com |
| 420 Lincoln Way West | Murphy Rice, LLP |
| Mishawaka, Indiana 46544 | 400 Plaza Building |
| Telephone: (574) 258-9296 | 210 South Michigan Street |
| | South Bend, IN 46601 |
| ATTORNEY FOR PLAINTIFF | Telephone: (574) 232-0300 |
| | |
| | ATTORNEY FOR DEFENDANT |